UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. 2:22-cv-212 <br><br> **DEATH PENALTY CASE** |

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Petitioner, Norris G. Holder, Jr., through counsel, respectfully requests leave to file his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, submitted for filing on this date, without prepayment of fees, and to proceed *in forma pauperis*. In support of this request, counsel states the following:

1.      Mr. Holder is a prisoner in the Special Confinement Unit (death row) at the United States Penitentiary at Terre Haute, Indiana. His BOP Register Number is 26902-044.

2.      Mr. Holder has been incarcerated under a sentence of death since 1998.

3.      Mr. Holder was found to be indigent by the Eastern District of Missouri prior to his trial, and counsel has been appointed to represent him under 18 U.S.C. §§ 3006A and 3599 throughout his trial, direct appeal, post-conviction, and clemency-stage proceedings.

4. Mr. Holder has been permitted to proceed *in forma pauperis* in the Eastern District of Missouri, the Eighth Circuit, and the United States Supreme Court.

5. In its Order attached as Exhibit 1, the Eighth Circuit appointed the Office of Federal Public Defender for the Eastern District of Arkansas to represent Mr. Holder on appeal from the denial of his motion for post-conviction relief under 28 U.S.C. § 2255. That appointment has continued through the post-§ 2255 or clemency stage proceedings.  Undersigned counsel, Attorney Nadia Wood, became counsel of record for Mr. Holder following his prior attorney's retirement. (*See* Dkt. 193, Case No. 4:03-cv-00923-ERW (E.D. Mo. Dec. 7, 2021), granting withdrawal and substitution of counsel).

6. Mr. Holder has remained indigent during his incarceration. He is unable to pay the fees and costs associated with the litigation of his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

7. A copy of Mr. Holder's inmate trust account is attached to this motion as Exhibit 2.

8. A proposed order granting Mr. Holder leave to proceed *in forma pauperis* is attached as Exhibit 3, in the form required under S.D. Ind. L. R. 5-5(d).

Petitioner, Norris G. Holder, Jr., therefore respectfully requests leave to file his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 without prepayment of fees and requests leave to proceed *in forma pauperis*.

2

Respectfully Submitted,

LISA G. PETERS
FEDERAL PUBLIC DEFENDER

By

Nadia Wood,
Assistant Federal Public Defender

Office of Federal Public Defender for the
Eastern District of Arkansas
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201

Phone: (501) 324-6114
Fax: (501) 324-5630
Nadia_Wood@fd.org

*Counsel for Norris G. Holder, Jr.*

3