## Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26902044 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | HOLDER, NORRIS | Housing Unit: | THP-X-A |
| Report Date: | 05/10/2022 | Living Quarters: | X02-322L |
| Report Time: | 2:40:44 PM | | |

General Information    |    Account Balance    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | ▓▓▓ |
| PAC #: | ▓▓▓▓▓ |
| Revalidation Date: | 7th |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/11/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 5/9/2022 9:16:04 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $30.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $146.67 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |