UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | Case No. _____ <br><br> **DEATH PENALTY CASE** |

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

This matter comes before the Court on the motion of counsel for Petitioner

Norris G. Holder, Jr., requesting leave to proceed *in forma pauperis* and without the

prepayment of fees. On consideration of the motion, the Court finds that it should be

and hereby is GRANTED.

It is so ordered this \_\_\_ day of _____, 2022.

_____

Distribution list:
To all registered counsel by CM/ECF