AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Norris G. Holder, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:22-cv-212 |
| United States of America, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norris G. Holder, Jr.                                                                      .

Date:     05/31/2022                                     _D. Wood_
                                                             *Attorney's signature*

                                              Nadezhda "Nadia" Wood (MN Bar #0391334)
                                              *Printed name and bar number*

                                              Office of the Federal Public Defender, E.D. Arkansas
                                              Capital Habeas Unit
                                              1401 W. Capitol Street, Suite 490,
                                              Little Rock, AR 72201
                                              *Address*

                                              Nadia_Wood@fd.org
                                              *E-mail address*

                                              (501) 324-6114
                                              *Telephone number*

                                              (501) 324-5630
                                              *FAX number*