UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br>        Petitioner, | ) <br> ) <br> )  Case No. 2:22-cv-00212-JRS-MG <br> ) <br> )  **DEATH PENALTY CASE** <br> ) |
| v. | ) <br> ) |
| T.J. Watson, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br>        Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY OF APPERANCE**

Comes now, Allen Franco, Assistant Federal Public Defender at the Federal Public Defender for the Eastern District of Arkansas, Capital Habeas Unit.  I am admitted or otherwise authorized to practice in this court and hereby enter my appearance on behalf of Petitioner Norris G. Holder, Jr.

Respectfully Submitted,

Gene "Allen" Franco, III
Assistant Federal Defender
Arkansas Federal Defender Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(Phone)(501) 324-6114
(Fax)(501) 324-5630
Counsel for Norris G. Holder, Jr.