UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00212-JRS-MG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| STEVEN KALLIS, WARDEN, USP TERRE | ) | |
| HAUTE, | ) | |
| | ) | |
| Defendants. | ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.      The respondent shall have **until July 21, 2022,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **twenty-eight days after service of the answer** in which to reply.

3.      Any motions for an extension of time filed by the respondent must include the petitioner's anticipated release date.

4.      **The petitioner's Motion for Leave to Proceed in forma pauperis, dkt. [2], is granted**.

**IT IS SO ORDERED.**

Date: 6/10/2022

_____

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

All electronically registered counsel of record via CM/ECF