UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| Petitioner, | ) | CAPITAL CASE |
| | ) | |
| v. | ) | Cause No. 2:22-cv-00212-JRS-MG |
| | ) | |
| STEVEN KALLIS, *WARDEN,* | ) | |
| *USP TERRE HAUTE,* and | ) | |
| United States of America, | ) | |
| Respondents. | ) | |

APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the

Southern District of Indiana, by Brian Reitz, Assistant United States

Attorney for the Southern District of Indiana, and enters his appearance as

counsel for the Respondents.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   s/ Brian Reitz
      Brian Reitz
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Brian.Reitz@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 15, 2022, a copy of the foregoing NOTICE OF

APPEARANCE was filed electronically. Service of this filing will be sent to

counsel of record by operation of the Court's electronic filing system. Parties

may access this filing through the Court's system.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov

2