UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Petitioner, | ) | CAPITAL CASE |
| | ) | |
| v. | ) | Cause No. 2:22-cv-00212-JRS-MG |
| | ) | |
| STEVEN KALLIS, *WARDEN*, | ) | |
| *USP TERRE HAUTE*, and | ) | |
| United States of America, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondents, by counsel, Zachary A. Myers, United States
Attorney for the Southern District of Indiana, and Brian Reitz, Assistant
United States Attorney, moves for an extension of time of sixty (60) days, to
and including September 19, 2022, to respond to the Petitioner's Petition for
Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of the motion, the Respondents advise as follows:

1.      On March 26, 1998, Norris G. Holder, Jr., was convicted in the
Eastern District of Missouri of: one count of bank robbery, in violation of 18
U.S.C. §§ 2113(a) and (e) (Count 1); and one count of using or carrying a
firearm during and in relation to a crime of violence, specifically, bank
robbery as charged in Count 1, in violation of 18 U.S.C. §§ 924(c) and (j)
(Count 2). He was sentenced to death on both counts and is serving his

sentence at the United States Penitentiary located in Terre Haute, Indiana.

2.      On May 31, 2022, Holder, with the assistance of counsel, filed a petition for a writ of habeas corpus. (D. 1.) The Respondents' response to the petition is currently due July 21, 2022. (D. 6.)

3.      An extension of time is required to confer with the United States Attorney's Office in the Eastern District of Missouri, Holder's district of conviction, gather information, review the criminal record, and to fully and completely respond to the § 2241 petition.

4.      In addition, the undersigned is responsible for the government's appeal briefs in: *United States v. Jalen Howard*, No. 21-2600, due July 27, 2022; and *United States v. Joshua Neubert*, No. 22-1522, due August 10, 2022.

5.      Counsel for the Respondents requires an additional sixty (60) days to prepare, review, and finalize the government's response.

6.      No prior extensions of time have been requested by the Respondents.  This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondents respectfully prays that they be granted

up  to and including September 19, 2022, to respond to the § 2241 petition.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:     s/ Brian Reitz

Brian Reitz
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on July 15, 2022, a copy of the foregoing was filed electronically. Service of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov