UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
|      Petitioner, | ) | CAPITAL CASE |
| | ) | |
| v. | ) | Cause No. 2:22-cv-00212-JRS-MG |
| | ) | |
| STEVEN KALLIS, *WARDEN*, | ) | |
| *USP TERRE HAUTE*,  and | ) | |
| United States of America, | ) | |
|      Respondents. | ) | |

**ORDER**

This matter is before the Court on the Respondents' motion for a 60-day extension of time to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondents shall have to and including September 19, 2022, to file their response to the § 2241 petition.

So ORDERED this date: _____.


Distribution to all registered counsel via electronic notification.