UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,       )
          Petitioner,        )     CAPITAL CASE
                      )
     v.               )  Cause No. 2:22-cv-00212-JRS-MG
                      )
STEVEN KALLIS, *WARDEN*,    )
*USP TERRE HAUTE*,  and    )
United States of America,     )
          Respondents.    )

## ORDER

This matter is before the Court on the Respondents' motion for a 60-day extension of time to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondents shall have to and including September 19, 2022, to file their response to the § 2241 petition.

So ORDERED.

Date: 7/18/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF