UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR., )
)
Petitioner, ) **CAPITAL CASE**
)
v. ) Cause No. 2:22-cv-00212-JRS-MG
)
STEVEN KALLIS, *WARDEN*, )
*USP TERRE HAUTE*,  and )
United States of America, )
)
Respondents. )

<u>MOTION TO EXTEND TIME TO FILE RESPONSE</u>

The Respondents, by counsel, Zachary A. Myers, United States

Attorney for the Southern District of Indiana, and Brian Reitz, Assistant

United States Attorney, moves for an extension of time of forty-five (45) days,

to and including November 3, 2022, to respond to the Petitioner's Petition for

Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of the motion, the Respondents advise as follows:

1. On March 26, 1998, Norris G. Holder, Jr., was convicted in the

Eastern District of Missouri of: one count of bank robbery, in violation of 18

U.S.C. §§ 2113(a) and (e) (Count 1); and one count of using or carrying a

firearm during and in relation to a crime of violence, specifically, bank

robbery as charged in Count 1, in violation of 18 U.S.C. §§ 924(c) and (j)

(Count 2). He was sentenced to death on both counts and is serving his

sentence at the United States Penitentiary located in Terre Haute, Indiana.

2. On May 31, 2022, Holder, with the assistance of counsel, filed a petition for a writ of habeas corpus. (D. 1.) On June 10, 2022, this Court ordered the Respondents to answer the allegations of the § 2241 petition on or before July 21, 2022. (D. 6.) Upon the Respondents' motion, and finding good cause, this Court extended the time for the Respondents to respond to September 19, 2022. (D. 9.)

3. Undersigned counsel is conferring with the United States Attorney's Office in the Eastern District of Missouri, Holder's district of conviction, and needs additional time to review the criminal record, and to fully and completely respond to the § 2241 petition.

4. In addition, undersigned was responsible for the government's appeal briefs in: *United States v. Jalen Howard*, No. 21-2600, filed on July 27, 2022; and *United States v. Joshua Neubert*, No. 22-1522, filed on July 27, 2022.

Undersigned was out of the office for preplanned leave from August 5 through August 12, 2022.

Upon returning to the office, undersigned counsel has primarily worked on the government's appeal brief in *United States v. Tinsley*, No. 22-1417. The brief in *Tinsley* is due September 30, 2022. Tinsley has raised eight

issues for appellate review. Moreover, the undersigned has received a prior extension of time in *Tinsley* and therefore prioritized it.

In addition, undersigned is responsible for the government's appeal brief in *United States v. Erlinger*, No. 22-1926, due October 27, 2022.

Also, undersigned counsel will be presenting oral argument before the Seventh Circuit Court of Appeals in *United States v. Colbert,* No. 21-3245, on September 23, 2022, and in *United States v. Howard,* No. 21-2660, on October 26, 2022.

5.      Counsel for the Respondents requires an additional forty-five (45) days to prepare, review, and finalize the government's response.

6.      This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondents respectfully prays that they be granted up to and including November 3, 2022, to respond to the § 2241 petition.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   s/ Brian Reitz
Brian Reitz
Assistant United States Attorney

3

CERTIFICATE OF SERVICE

I certify that on September 19, 2022, a copy of the foregoing was filed electronically. Service of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov