UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00212-JRS-MG |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

The respondents' motion for extension of time, dkt. [11], is **granted**. The respondents shall

have **through November 3, 2022**, to file their response to the 28 U.S.C. § 2241 petition.

**IT IS SO ORDERED.**

Date: 9/29/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gene Allen Franco, III
Federal Public Defender for the Eastern District of Arkansas
allen_franco@fd.org

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

Nadia Wood
Federal Public Defender
nadia_wood@fd.org