UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,        )
                                )
        Petitioner,     )     **CAPITAL CASE**
                                )
      v.              )  Cause No. 2:22-cv-00212-JRS-MG
                                )
STEVEN KALLIS, *WARDEN*,   )
*USP TERRE HAUTE*, and     )
United States of America,    )
                                )
        Respondents.  )

<u>MOTION TO EXTEND TIME TO FILE RESPONSE</u>

The Respondents, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Brian Reitz, Assistant United States Attorney, moves for an extension of time of sixty (60) days, to and including January 2, 2023, to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of the motion, the Respondents advise as follows:

1.     On March 26, 1998, Norris G. Holder, Jr., was convicted in the Eastern District of Missouri of: one count of bank robbery, in violation of 18 U.S.C. §§ 2113(a) and (e) (Count 1); and one count of using or carrying a firearm during and in relation to a crime of violence, specifically, bank robbery as charged in Count 1, in violation of 18 U.S.C. §§ 924(c) and (j) (Count 2). He was sentenced to death on both counts and is serving his

sentence at the United States Penitentiary located in Terre Haute, Indiana.

2.    On May 31, 2022, Holder, with the assistance of counsel, filed a petition for a writ of habeas corpus. (D. 1.) On June 10, 2022, this Court ordered the Respondents to answer the allegations of the § 2241 petition on or before July 21, 2022. (D. 6.)  Upon the Respondents' motion, and finding good cause, this Court has twice extended the time for the Respondents to respond.  (D. 9, 12.)  The response is currently due November 3, 2022. (D. 12.)

3.    Undersigned counsel has conferred with the United States Attorney's Office in the Eastern District of Missouri, Holder's district of conviction.  Due to the length and complexity of Holder's petition, additional time is needed to further consult with the Eastern District of Missouri, which has agreed to take the lead in this case, and to fully and completely respond to the § 2241 petition.

4.    Accordingly, the Respondents require an additional sixty (60) days to prepare, review, and finalize the government's response.

5.    This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondents respectfully prays that they be granted

up  to and including January 2, 2023, to respond to the § 2241 petition.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    s/ Brian Reitz
Brian Reitz
Assistant United States Attorney

3

## CERTIFICATE OF SERVICE

I certify that on October 29, 2022, a copy of the foregoing was filed electronically. Service of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov