**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| **NORRIS G. HOLDER, JR.,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **No. 2:22 CV 212 JRS** |
| | ) |
| **STEVEN KALLIS, Warden AND** | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Respondents.** | |

## ENTRY OF APPEARANCE

COMES NOW the United States of America, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Carrie Costantin, Special Assistant United States Attorney for the Southern District of Indiana, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*/s/ Carrie Costantin*
CARRIE COSTANTIN, #35925MO
Special Assistant United States Attorney
Southern District of Indiana
First Assistant U.S. Attorney
Eastern District of Missouri
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-6885

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Carrie Costantin*
CARRIE COSTANTIN, #35925MO
Special Assistant United States Attorney