UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00212-JRS-MG |
| | ) | |
| STEVEN KALLIS, Warden, | ) | **CAPITAL CASE** |
| USP Terre Haute, and | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondents. | ) | |

<u>MOTION TO EXTEND TIME TO FILE RESPONSE</u>

COMES NOW the United States of America, by and through the United States Attorney

for the Southern District of Indiana, Zachary A. Myers, and Carrie Costantin, Special Assistant

United States Attorney for said district, and files its Motion to Extend Time to File Response to

Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. §2241 and Order to Show

Cause.

In support of the motion, the Government states:

1.      On March 26, 1998, Norris G. Holder, Jr., was convicted in the Eastern District of

Missouri of one count of bank robbery, in violation of 18 U.S.C. §§ 2113(a) and (e) (Count 1)

and one count of using or carrying a firearm during and in relation to a crime of violence, that is,

bank robbery as charged in Count 1, in violation of 18 U.S.C. §§ 924(c) and (j)(Count 2). He was

sentenced to death on both counts and is serving his sentence at the United States Penitentiary

located in Terre Haute, Indiana.

2.   On May 31, 2022, Holder, with the assistance of counsel, filed a petition for a writ of

1

habeas corpus. (D. 1.) On June 10, 2022, this Court ordered the Respondents to answer the allegations of the § 2241 petition on or before July 21, 2022. (D. 6.) Upon the Respondents' motion, and finding good cause, this Court has extended the time for the Respondents to respond three times. (D. 9, 12, 14.)   The response is now due January 2, 2023. (D. 14)

3.    Undersigned counsel entered her appearance on November 18, 2022.   Counsel was not in the U.S. Attorney's Office for the Eastern District of Missouri in 1998 when Petitioner's trial occurred.   None of trial counsel remain in the U.S. Attorney's Office.   Holder's matters involve voluminous transcripts and filings in the criminal case and the §2255 case.   Review of these documents has taken longer than anticipated.

4.    Accordingly, the Respondents require an additional thirty (30) days to prepare, review, and finalize the Government's Response.

5.    This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondents respectfully pray that they be granted up to and including February 1, 2023, to respond to the § 2241 petition.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*s/ Carrie Costantin*
Carrie Costantin, #35925MO
Special Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (314) 539-6885
Fax: (314) 539-2209
E-mail: carrie.costantin@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Carrie Costantin*
Carrie Costantin   #35925MO
Special Assistant United States Attorney
