UNITED STATES v. NORRIS HOLDER                                 No. 4:97CR141 ERW (TCM)

## INSTRUCTION NO. 15

## BANK ROBBERY IN WHICH A KILLING OCCURS

The crime of bank robbery, as charged in Count I of the indictment, has four essential elements, which are:

*One,* the defendant took money from the person and presence of another while that money was in the care or custody of the Lindell Bank & Trust Company;

*Two,* such taking was by force and violence or intimidation;

*Three,* the deposits of the Lindell Bank & Trust Company were then insured by the Federal Deposit Insurance Corporation; and

*Four,* in committing this offense, the defendant, or a person aided and abetted by the defendant, killed Richard Heflin.

For you to find the defendant guilty of the crime of bank robbery in which a killing occurs as charged in Count I, the government must prove all of these essential elements beyond a reasonable doubt otherwise you must find the defendant not guilty of this crime under Count I.

Tendered by Government
8th Circuit Manual of Model Criminal Jury Instructions and 6.18.2113A
Given
3/26/98
E. Richard Webber

14   -63-