UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | **DEATH PENALTY CASE** <br><br> No. 2:22-cv-00212-JRS-MG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241**

The Petitioner, Norris G. Holder, by counsel, Zachary A. Myers, United States moves for an extension of time of sixty days, up to and including April 7, 2023, to file a Reply Brief in support of Mr. Holder's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of the motion, Mr. Holder states the following:

1.  Mr. Holder filed his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, dkt. [1], on May 31, 2022. The Court then issued an Order to Show Cause, dkt. [6], granting Mr. Holder twenty-eight days after service of the Government's Answer in which to reply.

2.  The Government filed the Answer, dkt. [17], on January 9, 2023. Per Court's Order to Show Cause, dkt. [6], that makes the deadline for filing a Reply February 6, 2023.

3. The undersigned counsel is responsible for multiple briefs and habeas petitions in capital cases with imminent deadlines, including a Petition for Writ of Certiorari due March 3, 2023, for which no further extensions of time are available in the Supreme Court. In addition, counsel will be attending out-of-state training March 8 through 12, and April 3 through 7, 2023. Counsel for Mr. Holder requires an additional sixty days to prepare, review, and finalize the Reply in Support of the Petition.

4. No prior extensions of time have been requested by Mr. Holder. This extension is necessary to allow sufficient time to prepare a complete and appropriate response to the legal arguments raised by the Government's in its Answer and not for any purpose of delay.

5. The undersigned counsel has conferred with counsel for the Government in this case and the Government has no objections to this motion for extension of time.

WHEREFORE the Petitioner, Mr. Norris G. Holder, respectfully requests that the Court grant his motion and allow him additional time, up to and including April 7, 2023, to file a Reply in support of his § 2241 petition.

Dated: February 1, 2023

Respectfully Submitted,

LISA G. PETERS
FEDERAL DEFENDER

By
Nadia Wood
Assistant Federal Public Defender

2

Office of Federal Public Defender for the
Eastern District of Arkansas
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201

Phone: (501) 324-6114
Fax: (501) 324-5630
Nadia_Wood@fd.org

*Counsel for Norris G. Holder, Jr.*