UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents.* | **DEATH PENALTY CASE** <br><br> No. 2:22-cv-00212-JRS-MG |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

This matter comes before the Court on the motion of counsel for Petitioner Norris G. Holder, Jr., requesting a 60-day extension of time to file a Reply in Support of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. The Petitioner's motion is **granted**. The Petitioner shall have **through April 7, 2023**, to file a Reply.

    **IT IS SO ORDERED.**

Date: _____, 2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email