UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,                     )
                                           )
                    Plaintiff,             )
                                           )
            v.                             )         No. 2:22-cv-00212-JRS-MG
                                           )
UNITED STATES OF AMERICA, et al.,          )
                                           )
                    Defendants.            )

**Order Granting Motion for Extension of Time
and *Sua Sponte* Resetting Time to Reply**

Respondent's motion for extension of time, dkt. [16], is **granted** to the extent that

respondent's return to the Court's order to show cause, dkt. [17], is deemed timely filed.

Petitioner's current deadline to reply is February 6, 2023. On its own motion, the Court

**resets** that deadline. Petitioner shall have **through March 3, 2023**, to file a reply in support of his

petition for writ of habeas corpus.

**IT IS SO ORDERED.**

Date: 2/1/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email