UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| Petitioner, | ) | |
| | ) | Case No. 2:22-cv-000212-JRS-MG |
| | ) | |
| | ) | **DEATH PENALTY CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| T.J. Watson, Warden, | ) | |
| USP Terre Haute, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondents. | ) | |
| | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Comes now, Allen Franco, with the Federal Public Defender's Office for the Districts of Massachusetts, New Hampshire, and Rhode Island, and for his Motion for Substitution of Counsel states:

1.     The Capital Habeas Unit of the Federal Public Defender for the Eastern District of Arkansas has been appointed as capital postconviction counsel for Mr. Holder.

2.     Attorney Franco has entered his appearance in this case to Represent Mr. Holder on behalf of the Federal Public Defender for the Eastern District of Arkansas (ECF No. 5).

3.     Attorney Franco has since transferred to the Federal Public Defender Office for the Districts of Massachusetts, New Hampshire, and Rhode Island.

4.     On 2/14/2023, the Defender Services Office granted permission for the Federal Public Defender for the Districts of MA, NH, and RI to represent Mr. Holder in this matter alongside the Federal Public Defender for the Eastern District of Arkansas.

5.      Attorney Franco askes this court to substitute him as counsel of record in this matter so that it may reflect his current federal defender office.

6.      Attorney Franco is admitted to practice before the United States District Court for the Southern District of Indiana.

Wherefore, attorney Franco asks that the Court remove him as counsel of record in this matter on behalf of the Federal Public Defender for the Eastern District of Arkansas and substitute him as counsel of record appearing on behalf of the Federal Public Defender for the Districts of Massachusetts, New Hampshire, and Rhode Island.

Respectfully Submitted,

Gene "Allen" Franco
AR Bar No: 2018197
Federal Public Defender Office
Districts of Massachusetts, New Hampshire,
and Rhode Island
51 Sleeper St., 5th Floor
Boston, MA 02210
(617) 223-8061
allen_franco@fd.org

Date: February 14, 2023

**CERTIFICATE OF SERVICE**

I, Samia Hossain, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 14, 2023.

*/s/ Allen Franco*
Allen Franco

2