UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,                          )
                        Petitioner,         )
                                  )
                                  ) Case No. 2:22-cv-000212-JRS-MG
                                  )
                                  ) **DEATH PENALTY CASE**
                                  )
v.                                               )
                                  )
T.J. Watson, Warden,                            )
USP Terre Haute,                                )
and                                              )
UNITED STATES OF AMERICA,                        )
                      Respondents.        )
                                  )

## ORDER

This matter is before the Court on attorney Allen Franco's Motion for Substitution of Counsel.

The Court, being duly advised, now GRANTS the motion finding it to be made for good cause.

Wherefore, attorney Franco shall be removed as counsel of record in this matter, and he shall be re-entered as counsel of record appearing on behalf of the Federal Public Defender for the Districts of Massachusetts, New Hampshire, and Rhode Island.

So ORDERED this date: _____.

Distribution to all registered counsel via electronic notification.