UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00212-JRS-MG |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Motion for Extension of Time**

Petitioner's motion for extension of time, dkt. [18], is **granted**. Petitioner shall have

**through April 7, 2023**, to file a reply in support of his petition.

**IT IS SO ORDERED.**

Date: 2/16/2023

_____

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email