UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR.,                    )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )      No. 2:22-cv-00212-JRS-MG
                                          )
UNITED STATES OF AMERICA, et al.,         )
                                          )
                    Defendants.           )

**Order Granting Motion to Substitute Counsel**

Petitioner's motion for substitution of counsel, dkt. [20], is **granted**.

Petitioner's attorney Allen Franco shall be removed as counsel of record in this matter, and

he shall be re-entered as counsel of record appearing on behalf of the Federal Public Defender for

the Districts of Massachusetts, New Hampshire, and Rhode Island.

     **IT IS SO ORDERED.**

Date: 2/16/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email