UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner,* <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br> and <br> UNITED STATES OF AMERICA, <br><br> *Respondents.* | Case No. 2:22-cv-00212-JRS-MG <br><br> **DEATH PENALTY CASE** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

This case is fully briefed and awaiting this Court's decision. Mr. Holder submits this notice of supplemental authority to bring to this Court's attention a recent decision that bears on its resolution of Mr. Holder's petition for writ of habeas corpus.

On April 13, 2023, the United States District Court for the District of Maryland vacated a federal death row prisoner's convictions under 18 U.S.C. § 924(c) based on a *Borden* claim similar to the one Mr. Holder has raised before this Court. *United States v. Lighty,* Case No. 12-cv-3065-PJM, 2023 WL 2932960 (D. Md. Apr. 13, 2023) (attached). The court also ordered that the defendant's death sentence on the remaining count be vacated and a new capital sentencing hearing be held.

While the government conceded that the predicate felony, kidnapping, was not a crime of violence under *Borden,* the government argued as it does here that the invalid

1

counts did not affect Mr. Lighty's death sentence on the kidnapping charge. The district court rejected that argument, finding that "the potential effect of the three improper convictions on the jury's recommendation of death compels a new sentencing hearing." *Id.* at *3. Among other considerations, the court noted that the invalid counts characterized the kidnapping as a crime of violence, "a designation later ruled unconstitutional by the Supreme Court." *Id.*

*Lighty* supports Mr. Holder's argument that his invalid § 924(c) conviction played a role in the jury's death verdict on the bank robbery count, requiring resentencing.

Dated April 19, 2023

Respectfully Submitted,

KYANA GIVENS
FEDERAL PUBLIC DEFENDER

By:
/s/Allen Franco
Allen Franco
Assistant Federal Public Defender

Office of Federal Public Defender for the Districts of Massachusetts, New Hampshire, and Rhode Island
51 Sleeper Street, 5th Floor
Boston, MA 02210
Phone: (617) 223-8061
Fax: (617)639-9023
Allen_Franco@fd.org

*Counsel for Norris G. Holder, Jr.*

2

3

## CERTIFICIATE OF SERVICE

I certify that on April 19, 2023, a copy of the foregoing was filed electronically. Service of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Allen Franco
Allen Franco

3