UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR,                                                     Petitioner

v.                          Case No. 2:22-cv-00212-JRS-MG

**DEATH PENALTY CASE**

STEVEN KALLIS, Warden, USP Terre Haute,
      and UNITED STATES OF AMERICA                          Respondents

### MOTION FOR SUBSTITUTION OF COUNSEL

Comes now, John C. Williams, Assistant Federal Public Defender at the Federal Public Defender's Office for the Eastern District of Arkansas, Capital Habeas Unit, and for his Motion to Substitute Counsel states:

1. The Capital Habeas Unit of the Federal Public Defender's Office for the Eastern District of Arkansas has been appointed as capital postconviction counsel for Mr. Holder.

2. Nadia Wood is Mr. Holder's current counsel of record from the Arkansas Federal Defender Office. Ms. Wood is taking new employment that precludes her continued representation of Mr. Holder. Today is Ms. Wood's last day at the Arkansas Federal Defender Office.

3. Mr. Williams requests that he be substituted as counsel of record for Ms. Wood. Mr. Williams is admitted to practice in this Court. He will represent Mr. Holder in this matter alongside Allen Franco, who is already counsel of record.

WHEREFORE, the undersigned prays that he be substituted as counsel of record for Nadia Wood.

Dated: May 5, 2023                    Respectfully Submitted,


                                     John C. Williams
                                     Assistant Federal Public Defender
                                     Chief, Capital Habeas Unit
                                     Federal Public Defender's Office
                                     1401 West Capitol, Suite 490
                                     Little Rock, Arkansas 72201
                                     (501) 324-6114 (phone)
                                     (501) 324-5630 (fax)
                                     john_c_williams@fd.org


## CERTIFICATE OF SERVICE

I, John C. Williams, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 5, 2023.


                                     /s/ JOHN C. WILLIAMS
                                     John C. Williams