UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR,                                                    Petitioner

v.                           Case No. 2:22-cv-00212-JRS-MG

**DEATH PENALTY CASE**

STEVEN KALLIS, Warden, USP Terre Haute,
     and UNITED STATES OF AMERICA                                       Respondents

**ORDER**

This matter is before the Court on attorney John C. Williams's Motion for

Substitution of Counsel.

The Court, being duly advised, now GRANTS the motion. John C. Williams shall be

substituted as counsel of record for Nadia Wood in this matter.

So ORDERED this _____ day of May, 2023.

_____
JAMES R. SWEENEY II
UNITED STATES DISTRICT JUDGE

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.