UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

NORRIS G. HOLDER, JR,                                                    Petitioner

v.                          Case No. 2:22-cv-00212-JRS-MG

**DEATH PENALTY CASE**

STEVEN KALLIS, Warden, USP Terre Haute,
        and UNITED STATES OF AMERICA                          Respondents

## ORDER

This matter is before the Court on attorney John C. Williams's Motion for

Substitution of Counsel.

The Court, being duly advised, now GRANTS the motion. John C. Williams shall be

substituted as counsel of record for Nadia Wood in this matter.

SO ORDERED.

Date: 05/19/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.