UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br>       and <br> UNITED STATES OF AMERICA, <br><br> *Respondents.* | **DEATH PENALTY CASE** <br><br> Case No. 2:22-cv-00212-JRS-MG |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Comes now, Eliza Meredith, Assistant Federal Public Defender at the Federal Public Defender's Office for the Eastern District of Arkansas, Capital Habeas Unit, and for her Motion for Substitution of Counsel states:

1.      The Capital Habeas Unit of the Federal Public Defender's Office for the Eastern District of Arkansas has been appointed as capital postconviction counsel for Petitioner Norris G. Holder, Jr.

2.      On May 19, 2023, the Court entered an order substituting John C. Williams for Nadia Wood as Mr. Holder's counsel of record from the Arkansas Federal Defender Office.  ECF. No. 28.  Mr. Williams is taking new employment that precludes his continued representation of Mr. Holder.

3.      Ms. Meredith requests that she be substituted as counsel of record.  Ms. Meredith is admitted to practice in this Court.  She will represent Mr. Holder in this matter alongside Allen Franco, who is already counsel of record.

4.      Additionally, though the Court entered an order substituting Mr. Williams as counsel of record, ECF notifications have continued to go to Ms. Wood, Mr. Holder's previous counsel, and not to Mr. Williams.  Ms. Meredith requests that the docket be updated to terminate Ms. Wood as counsel and to ensure that she receives ECF notifications rather than Ms. Wood.

WHEREFORE the undersigned prays that she be substituted as counsel of record, and that the docket be updated to terminate Ms. Wood as counsel and to indicate that Ms. Meredith is counsel of record who should receive ECF notifications.

Dated: November 3, 2023                Respectfully Submitted,


Eliza Meredith
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender's Office
1401 West Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6114 (phone)
(501) 324-5630 (fax)
eliza_meredith@fd.org


## CERTIFICATE OF SERVICE

I, Eliza Meredith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 3, 2023.


/s/ELIZA MEREDITH
Eliza Meredith