UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NORRIS G. HOLDER, JR., <br><br> *Petitioner*, <br><br> v. <br><br> STEVEN KALLIS, Warden, <br> USP Terre Haute, <br>    and <br> UNITED STATES OF AMERICA, <br><br> *Respondents*. | **DEATH PENALTY CASE** <br><br> Case No. 2:22-cv-00212-JRS-MG |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

This matter is before the Court on attorney Eliza Meredith's Motion for Substitution of Counsel. The Court, being duly advised, now GRANTS the motion. Eliza Meredith shall be substituted as Petitioner Norris G. Holder, Jr.'s counsel of record from the Arkansas Federal Defender Office. The docket shall be updated to terminate Nadia Wood as counsel and to indicate that Ms. Meredith is counsel of record who should receive ECF notifications.

SO ORDERED this ____ day of November, 2023.

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email