UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00212-JRS-MG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| STEVEN KALLIS, WARDEN, USP TERRE | ) | |
| HAUTE, | ) | |
| | ) | |
| Defendants. | ) | |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED** for lack of jurisdiction.

Date: 1/10/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
    Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email